**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGINALD LAMAR SEIGLE, )<br>)<br>Defendant. ) | No. 3:07-cr-147<br>(Phillips/Shirley) |

## ORDER

On March 14, 2008, the Honorable C. Clifford Shirley, United States Magistrate Judge, issued a twenty-seven page Report and Recommendation ("R&R") [Doc. 24], in which he recommended that defendant's motion to suppress [Doc. 13] be denied. The deadline for timely objections having passed with no such objections filed, the R&R is **ACCEPTED IN WHOLE**, whereby defendant's motion to suppress [Doc. 13] is **DENIED.**

**IT IS SO ORDERED**.

      **ENTER:**

                    s/ Thomas W. Phillips
                  United States District Judge