UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No.: 3:07-CR-147-PLR-CCS |
| | ) | |
| REGINALD LAMAR SEIGLE | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the defendant's *pro se* motion for early termination of supervised release [Doc. 36]. In support of his motion, Defendant states that he has completed over two years of a three-year term of supervised release; he has been in compliance with all conditions of his supervision; all fines are paid; he has passed all drug screens; and he is currently working two full-time jobs. Defendant's probation officer reports that defendant's term of supervision is scheduled to expire February 9, 2015; defendant has complied with the conditions of his supervised release; he has passed all drug screens; and he is employed, working two jobs. Therefore, his probation officer has no objection to early termination of supervised release. The Government has informed the Court that it has no objection to Defendant's motion.

Defendant pled guilty to being a felon in possession of a firearm and was sentenced to 57 months imprisonment followed by three years of supervised release. The record shows that Defendant has completed more than half of his ordered term of

supervised release (2 of 3 years). Defendant moves for early termination of supervised release pursuant to 18 U.S.C. § 3583(e) which provides:

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7) –
>
> Terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1).

After carefully considering the requirements of the statute, the Court finds that the relevant portions of 18 U.S.C. § 3583(a) support an early termination of Defendant's supervised release. In support of this determination, the Court notes that Defendant has completed more than one year of his term of supervised release and that defendant is in compliance with the conditions of his release. The Court also notes that Defendant has maintained steady employment, has complied with all terms of his supervision, and has passed all drug screens. In addition, his probation officer recommends early termination, and the Government does not oppose the motion. Accordingly, because the requirements of 18 U.S.C. § 3583(e)(1) have been satisfied and in light of the lack of any objection by the Probation Office or the Government, the Court finds Defendant's motion for early termination of supervised release well taken, and it is hereby **GRANTED**. Defendant's term of supervised release is **TERMINATED.**

IT IS SO ORDERED.

Enter:

_____
**UNITED STATES DISTRICT JUDGE**